IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 47

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBERTO CARILLO-MARIN. ) | |
| ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Withdrawal of Attorney (#10) filed by Charles W. McKeller, attorney for Defendant. In this matter, the Defendant had requested that the Court consider appointment of counsel for him. The undersigned found that Defendant was indigent and ordered that counsel be appointed. Mr. McKeller was appointed to represent the Defendant. The Defendant has now retained private counsel and the undersigned finds that good cause has been shown for the granting of the motion allowing Mr. McKeller to withdraw.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Withdrawal of Attorney (#10) is hereby **ALLOWED** and Charles W. McKeller is allowed to withdraw as counsel of record for the Defendant.

Signed: August 1, 2014

Dennis L. Howell
United States Magistrate Judge